UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZACHARY L. WEIR,<br><br>            Petitioner,<br>v.<br><br>ATTORNEY GENERAL OF THE STATE OF CALIFORNIA et al.,<br><br>            Respondents. | Case No. 3:13-cv-0324-GPC-JMA<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE FOR FAILURE TO COMPLY WITH CIVIL LOCAL RULE 83.11.b** |

      Petitioner commenced this action on February 8, 2013, by filing a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. (ECF No. 1, "Petition".)

      On June 13, 2013, Respondents filed a motion to dismiss the Petition. (ECF No. 12.) Petitioner did not respond to the Motion to Dismiss. On January 23, 2104, Respondents filed a notice, pursuant to the magistrate judge's request, indicating Petitioner's whereabouts were unknown. (ECF No. 15.)

      On January 29, 2013, the magistrate judge issued a report and recommendation, recommending that Respondents' Motion to Dismiss be granted. (ECF No. 18, "Report".) The Clerk of Court served the Report on Petitioner at Petitioner's last designated address as reflected on the docket for this matter. On February 11, 2014, the Report was returned by the Post Office as undeliverable. (ECF No. 19.) On February 12, 2014, Respondents filed a notice, indicating Petitioner's whereabouts

were still unknown.  To date, Petitioner has not provided the Court with a current mailing address.

Civil Local Rule 83.11.b provides:

> A party proceeding pro se must keep the court and opposing parties advised as to current address.  If mail directed to a pro se plaintiff by the clerk at the plaintiff's last designated address is returned by the Post Office, and if such plaintiff fails to notify the court and opposing parties within 60 days thereafter of the plaintiff's current address, the court may dismiss the action without prejudice for failure to prosecute.

As of the date of this Order, more than 60 days have elapsed since the Report was returned by the Post Office as undeliverable.  Given Petitioner's failure to apprise the Court of his current mailing address within the time allotted by Civil Local Rule 83.11.b, the Petition is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.  The Clerk of Court is directed to enter **FINAL JUDGMENT** accordingly, and then to **TERMINATE** this case.

**IT IS SO ORDERED**.

DATED: April 18, 2014

HON. GONZALO P. CURIEL
United States District Judge